POLLY MORIORTY, Respondent, *v.* CAROLINE L. BARTLETT, Appellant.

(Argued April 28, 1885; decided June 9, 1885.)

THIS action was brought by plaintiff, under the Civil Damage Act, to recover damages against Cornelius S. Bartlett for loss of means of support, she alleging that her husband's death was the result of intoxication which was caused by liquors sold to him by defendant. Defendant died during the pendency of the action and, on motion, his executors were substituted as defendants. From the affirmance of that order by the General Terms this appeal was brought. Decided upon authority of *Hegerich* v. *Keddie* (*ante*, p. 258).

*Leslie W. Russell* for appellant.

*William P. Cantwell* for respondent.

*Per Curiam mem.* for reversal of orders of General and Special Terms and for denial of motion.
All concur.
Ordered accordingly.

---

THE PEOPLE, ex rel. CARRIE L. VAN DEUSEN, Appellant, *v.* GEORGE E. DRUM et al., Trustees, etc., Respondents.

(Submitted May 5, 1885; decided June 9, 1885.)

*Geo. W. Van Sicklen* for appellant.

*John Cadman* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.